FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN BANDY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALLIANCE FOR SHARED HEALTH, INC., and CHRISTIAN DISCOUNT HEALTH ALLIANCE, LLC d/b/a SHARED HEALTH ALLIANCE,<br><br>　　　　　　　Defendants. | NO: 2:22-CV-0025-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL |

　　　BEFORE THE COURT is Plaintiff's Notice of Dismissal. ECF No. 48. Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

　　　Plaintiff explains that he seeks to voluntarily dismiss his individual claims in the above-entitled action with prejudice and the class claims he asserted without

ORDER OF DISMISSAL ~ 1

prejudice, without an award of fees or costs to any party, except as otherwise agreed by the parties in their settlement agreement.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. All individual claims in this matter are **DISMISSED** with prejudice, all class claims are **DISMISSED** without prejudice, and with no award of fees or costs to any party except as otherwise agreed by the parties in their settlement agreement.

2. All pending motions are **DENIED as moot.**

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** February 17, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2